■ RICHARD S. BUTERBAUGH et al., Respondents, v DALE RESUE et al., Appellants.—Order unanimously affirmed, without costs *(see, Scher v Kronman,* 70 AD2d 354; *Rossi v Oristian,* 50 AD2d 44). (Appeal from order of Supreme Court,

Steuben County, Bryant, J.—summary judgment.) Present—Callahan, J. P., Denman, O'Donnell, Pine and Schnepp, JJ.